UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-cv-62467

CAPELLI TRADE, LLC,
a Florida limited liability company,

    Plaintiff,

vs.

EL SALES CORP. d/b/a ROYALE PROFESSIONAL
BEAUTY PRODUCTS, a Florida corporation, and
SHAHAR SHABAT, an individual,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Capelli Trade, LLC d/b/a Straight Ahead Beauty ("Straight Ahead Beauty" or "Plaintiff"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby files this Notice of Voluntary Dismissal without Prejudice against Defendants El Sales Corp. d/b/a Royale Professional Beauty Products ("El Sales") and Shahar Shabat ("Shabat") (collectively "Defendants"), and with each side bearing their own attorneys' fees and costs.

                                            Respectfully submitted,

Dated:  January 14, 2021                        s/ Jonathan Woodard
                                                      John Cyril Malloy, III
                                                        Florida Bar No. 964220
                                                        jcmalloy@malloylaw.com
                                                        Meredith Frank Mendez
                                                         Florida Bar No. 502235
                                                        mmendez@malloylaw.com
                                                         Jonathan R. Woodard
                                                        Florida Bar No. 0096553
                                                         jwoodard@malloylaw.com
                                                        **MALLOY & MALLOY, P.L.**
                                                         2800 S.W. Third Avenue

Miami, Florida 33129
Telephone (305) 858-8000
*Attorneys for Plaintiff*